AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

WESTERN AND SOUTHERN LIFE
INSURANCE COMPANY, et al.

                                              Case Number:   1:11-cv-00667

                V.

BANK OF AMERICA, N.A., et al.                  Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that ORAL ARGUMENTS ON PLAINTIFFS' MOTION TO REMAND (DOC. 7) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #4, Room 842 |
| | DATE AND TIME |
| | DECEMBER 20, 2011 at 11:00 AM |

                                                      JAMES BONINI, CLERK

                                                      s/Kevin Moser
                                                      Kevin Moser
                                                      Case Manager
                                                      (513) 564-7620

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.