IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, et al., | : : : | CASE NO: 1:11CV667 |
| | : | (Judge S. Arthur Spiegel) |
| Plaintiffs, | : : | |
| v. | : : | **UNOPPOSED MOTION OF** |
| | : | **DEFENDANTS  BANK OF AMERICA,** |
| BANK OF AMERICA, N.A., et al., | : : | **N.A., BANC OF AMERICA FUNDING CORPORATION, BANC OF AMERICA** |
| | : | **MORTGAGE SECURITIES, INC., AND** |
| Defendants. | : | **BANC OF AMERICA SECURITIES LLC FOR A STAY OF THE DEADLINE TO RESPOND TO THE COMPLAINT** |

_____

Pursuant to Fed. R. Civ. P. 6(b) and S.D. Ohio Civ. R. 6.1(a), Defendants Bank of America, N.A., Banc of America Funding Corporation, Banc of America Mortgage Securities, Inc., and Banc of America Securities LLC  (collectively, "Bank of America") move, without opposition, for an Order staying the deadline to answer, move to dismiss, or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,


/s/ Charles J. Faruki
Charles J. Faruki (0010417)
    Trial Attorney
Daniel J. Donnellon (0036726)
Stephen A. Weigand (0083573)
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street
Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Telecopier:  (513) 632-0319
Email:  cfaruki@ficlaw.com


Roger A. Cooper *(pro hac vice pending)*
Jared M. Gerber *(pro hac vice pending)*
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY  10006
Telephone:  (212) 225-2760
Telecopier:  (212) 225-3999
Email:  rcooper@cgsh.com

Attorneys for Defendants
Bank of America, N.A., Banc of America
Funding Corporation, Banc of America
Mortgage Securities, Inc., and Banc of
America Securities LLC

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION OF DEFENDANTS  BANK OF AMERICA, N.A., BANC OF AMERICA FUNDING CORPORATION, BANC OF AMERICA MORTGAGE SECURITIES, INC., AND BANC OF AMERICA SECURITIES LLC FOR A STAY OF THE DEADLINE TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and S.D. Ohio Civ. R. 6.1(a), Defendants Bank of America, N.A., Banc of America Funding Corporation, Banc of America Mortgage Securities, Inc., and Banc of America Securities LLC (collectively, "Bank of America") move, without opposition, for an Order staying the deadline to answer, move to dismiss, or otherwise respond to the Complaint.

On September 26, 2011, Bank of America removed this action from the Court of Common Pleas of Hamilton County [Dkt. No. 1].  On October 25, 2011, Plaintiffs moved to remand this action to the Court of Common Pleas of Hamilton County [Dkt. No. 7].  Briefing related to Plaintiffs' motion to remand is presently ongoing.

Counsel for Bank of America have consulted Plaintiffs' counsel, and Plaintiffs and Bank of America have agreed to stay Bank of America's deadline to answer, move to dismiss, or otherwise respond to the Complaint until after the Court's resolution of Plaintiffs' motion to remand.  Immediately upon the Court's resolutions of the motion to remand, Plaintiffs and Bank of America will meet and confer regarding a schedule for Bank of America to respond to the Complaint.

Respectfully submitted,


/s/ Charles J. Faruki
Charles J. Faruki (0010417)
    Trial Attorney
Daniel J. Donnellon (0036726)
Stephen A. Weigand (0083573)
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street
Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0300
Telecopier:  (513) 632-0319
Email:  cfaruki@ficlaw.com


Roger A. Cooper *(pro hac vice pending)*
Jared M. Gerber *(pro hac vice pending)*
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY  10006
Telephone:  (212) 225-2760
Telecopier:  (212) 225-3999
Email:  rcooper@cgsh.com


Attorneys for Defendants Bank of America,
N.A., Banc of America Funding Corporation,
Banc of America Mortgage Securities, Inc.,
and Banc of America Securities LLC

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 17, 2011, I electronically filed the foregoing

Unopposed Motion of Defendants Bank of America, N.A., Banc of America Funding

Corporation, Banc of America Mortgage Securities, Inc., and Banc of America Securities LLC

for a Stay of the Deadline to Respond to the Complaint with the Clerk of Courts using the

CM/ECF system, which will send notification of such filing to CM/ECF participants:

> Glenn V. Whitaker
> Eric W. Richardson
> Adam C. Sherman
> Erik B. Bond
> VORYS, SATER, SEYMOUR AND PEASE LLP
> Suite 2000, Atrium Two
> 221 East Fourth Street
> Cincinnati, OH  45202
>
> David H. Wollmuth
> Steven S. Fitzgerald
> WOLLMUTH MAHER & DEUTSCH LLP
> 500 Fifth Avenue
> New York, NY  10110
>
> Attorneys for Plaintiffs
> The Western and Southern Life Insurance Company,
> Western-Southern Life Assurance Company,
> Columbus Life Insurance Company, Integrity Life
> Insurance Company, and National Integrity Life
> Insurance Company

/s/ Daniel J. Donnellon
Daniel J. Donnellon

576438.1

5